ZER, Appellant). City Court of New York, General Term. October, 1901.) Action by Carl A. Schneible against the Travelers' Insurance Company of Hartford and another. Marcus Schnitzer (Julius Miller, of counsel), for appellant. Joseph Beihilf (Walter J. Rosenstein, of counsel), for respondent. No opinion. Order appealed from affirmed, with costs and disbursements of appeal. Affirmed 73 N. Y. Supp. 955.

SCHOLZ, Respondent, v. NEW YORK & H. R. CO., Appellant. (Supreme Court, Appellate Division. First Department. December 20, 1901.) Action by Franziska Scholz against the New York & Harlem Railroad Company. I. A. Place, for appellant. J. C. Bushby, for respondent. No opinion. Judgment modified, by reducing the amount awarded for fee damage to $1,600, and by reducing the judgment for rental damage, costs, allowance, etc., to the sum of $855.73, and, as so modified, affirmed, without costs to either party.

SCHOSEK, Appellant, v. VILLAGE OF HAMBURG. Respondent. (Supreme Court, Appellate Division, Fourth Department. January 21, 1902.) Action by Charlotte Schosek against the village of Hamburg.

PER CURIAM. Judgment and order reversed. and new trial ordered, with costs to the appellant to abide event. The question of defendant's negligence and plaintiff's freedom from contributory negligence were questions of fact for the jury.

SCHRATWIESER, Respondent, v. BROOKLYN DIAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1902.) Action by Christian Schratwieser against the Brooklyn Dial Company. No opinion. Judgment and order affirmed. with costs. See 73 N. Y. Supp. 1147.

SCHULTEIS, Appellant, v. SCHEPP, Respondent. (Supreme Court, Appellate Division, First Department. January 24, 1902.) Action by Christian H. Schulteis against Leopold Schepp. W. L. McCorkle, for appellant. J. F. Miller, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SCHUYLER, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 14, 1902.) Action by Frances C. Schuyler, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event. The evidence presented questions of fact which should have been submitted to the jury.

SCHUYLERVILLE ELECTRIC LIGHT & POWER CO., Appellant, v. AMERICAN WOOD BOARD CO. et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 31, 1901.) In the matter of the application of the Schuylerville Electric

Light & Power Company against the American Wood Board Company, Washington Electric Light & Power Company, and others. No opinion. Judgment affirmed, with costs. All concur, except HOUGHTON, J., who dissents.

SEVENTEENTH WARD BANK, Respondent, v. WEBSTER et al., Appellants. (Supreme Court, Appellate Division. Second Department. January 24, 1902.) Action by the Seventeenth Ward Bank against William H. Webster and others, as executors, etc., of Thomas C. Smith, deceased. No opinion. Motion denied.

SHAPIRO v. ISAACS. (Supreme Court, Appellate Division, First Department. January 17, 1902.) Action by Philip Shapiro against Louis Isaacs. No opinion. Motion denied, on payment of $10 costs, and, on payment of an additional $10, leave given to apply to the court below to open default.

SHINDLER, Appellant, v. HIRSH, Respondent. (Supreme Court, Appellate Division, Second Department. January 17, 1902.) Action by Emanuel Shindler against Abraham Hirsh. No opinion. Appeal dismissed by default, with costs.

SHIRDEN, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 23, 1901.) Action by Emma M. Shirden against the Brooklyn Heights Railroad Company.

PER CURIAM. Order affirmed, with costs. BARTLETT and HIRSCHBERG, JJ., dissent.

SMITH, Respondent, v. BACON, Appellant. (Supreme Court, Appellate Division, Third Department. December 31, 1901.) Action by Enos Smith against Sarah S. Bacon, as executrix, etc. No opinion. Judgment affirmed, with costs. All concur, except HOUGHTON, J., who dissents.

SMITH, Respondent, v. RICHMOND et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 21, 1902.) Action by Rollin H. Smith, as administrator, etc., against James A. Richmond and another; as etc. No opinion. Interlocutory judgment affirmed, with costs. See 67 N. Y. Supp. 1146.

SMITH et al., Respondents, v. SPONABLE, Appellant. (Supreme Court, Appellate Division, Third Department. January 14, 1902.) Action by Delinda Ann Smith and another against Abram Sponable. No opinion. Order affirmed, with $10 costs and disbursements. See 66 N. Y. Supp. 177.

SOCIALISTIC CO-OP. PUB. CO., Appellant, v. KUHN et al., Respondents. (Supreme Court, Appellate Division, First Department.